MEMORANDUM OPINION



No. 04-07-00262-CR



Dora BADILLO,


Appellant



v.



The STATE of Texas,


Appellee



From the 399th Judicial District Court, Bexar County, Texas


Trial Court No. 2004-CR-9224A


Honorable Juanita A. Vasquez-Gardner, Judge Presiding



PER CURIAM


Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: June 27, 2007 


DISMISSED 


 Appellant has filed a motion to dismiss this appeal. Both appellant and her attorney have
personally signed the motion. Accordingly, the motion is granted and this appeal is dismissed. See
Tex. R. App. P. 42.2(a). As per the appellant's request, the mandate shall issue immediately. See
Tex. R. App. P. 18.1(c). 

 PER CURIAM

DO NOT PUBLISH